In re:                                                              Case No. 12-00669-RNO
John E Shaffer, Jr                                                  Chapter 13
Louise M Shaffer
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi        Page 1 of 1              Date Rcvd: May 16, 2017
                             Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db/jdb        +John E Shaffer, Jr,    Louise M Shaffer,    41 Millers Gap Road,    Enola, PA 17025-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
          Ann E. Swartz   on behalf of Creditor    J.P. Morgan Chase Bank, N.A. ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Bass and Associates PC   on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Michael S Travis   on behalf of Joint Debtor Louise M Shaffer Mtravislaw@comcast.net
          Michael S Travis   on behalf of Debtor John E Shaffer, Jr Mtravislaw@comcast.net
          Paul C Bametzreider   on behalf of Creditor    Jonestown Bank and Trust Company
           paulb@reillywolfson.com,  bhaase@reillywolfson.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John E Shaffer Jr
aka John E Shaffer
41 Millers Gap Road
Enola, PA 17025

Louise M Shaffer
41 Millers Gap Road
Enola, PA 17025

 Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−4619
xxx−xx−7980

Chapter 13
Case No. 1:12−bk−00669−RNO

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been
distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named
debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  May 16, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: karendavis, Deputy Clerk